Opinion by HARALSON, J.

---

## Gowens v. The State.

APPEAL from the Circuit Court of Cherokee.
Tried before the Hon. J. A. BILBRO.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case was indicted and tried for murder, was convicted of manslaughter in the first degree and sentenced to the penitentiary for seven years.

The judgment of conviction is affirmed.

Opinion PER CURIAM.

---

## Perry v. Boyd et al.

APPEAL from the Chancery Court of Lauderdale.
Heard before the Hon. WILLIAM H. SIMPSON.

SIMPSON & JONES and J. B. WEAKLEY, for appellant.

R. W. WALKER and JOHN T. ASHCRAFT, for appellees.

The bill in this case was filed by the appellees against the appellant, and sought to rescind a contract of purchase of certain real estate including certain water rights and privileges.

The present appeal is prosecuted from a decree granting the complainants the relief prayed for and ordering accordingly.

The decree is affirmed.